UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR PARK PLACE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WLL1,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**DEBBIE MARIE HURTADO, JAMES FARIAS GARZA,**<br><br>    **Defendants.** | No. SA-19-CV-00218-JKP |

## ORDER

On this date, the Court considered the status of this action. On April 1, 2020, this Court granted Plaintiff's Motion for Summary Judgment. ECF No. 23.

The Clerk of the Court is hereby instructed to enter a Clerk's judgment and close this case.

It is so ORDERED.
SIGNED this 8th day of June, 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE